Acadia Windows & Doors
930 Todds Lane
Rosedale, MD 21237


Allwaste
1344 W. Nursery Road
Linthicum Heights, MD 21090


Better View
1611 Holly Dr.
Joppa, MD 21085


Citi/BP Oil
7575 Corporate Way
Eden Prairie, MN 55344


Comptroller of Maryland
Revenue Administration Building
Annapolis, MD 21411


Gene Welsh
3211 Hammonds Ferry Road
Halethorpe, MD 21227


Gertrude Zeiler
5143 Pineview Dr.
Glen Rock, PA 17327


Hartford Insulation
1007 Main St
Pob 179
Fallston, MD 21047


Internal Revenue Service
Special Procedures Branch
attn: Bankruptcy Section
31 Hopkins Plaza, Room 1120
Baltimore, MD 21203

```
Midsouth Bldg. Supply
5640 Sunnyside Ave.
Beltsville, MD 20705



Toyota Financial Services
PO Box 371339
Pittsburgh, PA 15250-7339



Walter H. Greif, Sr.
4102 1E Chardell Road
Nottingham, MD 21236
```